# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re:

    MARCEY LYNN CHATMAN

        Debtor(s)

Case No. A14-52840-WLH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2014.

2) The plan was confirmed on 04/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/29/2015.

5) The case was dismissed on 10/07/2015.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $12,218.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,817.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$9,817.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,850.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $512.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,362.58** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE, LP | Unsecured | 1,218.00 | 1,218.54 | 1,218.54 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 745.00 | 745.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 695.00 | 695.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT, LP | Unsecured | 346.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Secured | 16,000.00 | 16,521.18 | 16,521.18 | 3,526.68 | 927.74 |
| DUKE ENERGY CAROLINA | Unsecured | 1,295.00 | 82.06 | 82.06 | 0.00 | 0.00 |
| ELITE FINANCIAL SERVICES INC. | Unsecured | 1,188.00 | 1,398.60 | 1,398.60 | 0.00 | 0.00 |
| FIVE OAKS | Unsecured | 4,210.00 | 4,210.67 | 4,210.67 | 0.00 | 0.00 |
| GREENVILLE COUNTY TAX COLLEC | Priority | 8,133.00 | 0.00 | 1,034.36 | 0.00 | 0.00 |
| GREENVILLE WATER | Unsecured | 128.00 | 128.74 | 128.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 507.25 | 507.25 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 802.00 | 734.39 | 734.39 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,122.91 | 1,122.91 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 1,501.00 | 1,469.87 | 1,469.87 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 454.00 | 454.56 | 454.56 | 0.00 | 0.00 |
| REGIONAL MANAGEMENT CORP | Unsecured | 563.00 | 789.00 | 789.00 | 0.00 | 0.00 |
| ROSWELL RADIOLOGY ASSOC | Unsecured | 485.00 | 567.00 | 567.00 | 0.00 | 0.00 |
| ROSWELL RADIOLOGY | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN EMERGENCY PHYS. | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| KAISER PERMANENTE | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| MARKET MASTERS REALTY | Unsecured | 2,850.00 | NA | NA | 0.00 | 0.00 |
| MILESTONE FAMILY MEDICINE | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| NORTH FULTON HOSPITAL | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| NORTHSIDE HOSP. | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS WOMEN'S HOSP. | Unsecured | 3,674.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOC | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| THE MONEY STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE VINTAGE | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRIANGLE RENT-A-CAR | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| UPPER EXTREMITY REHAB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARON'S RENT TO OWN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL & CO  #1 | Unsecured | 2,615.00 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL & CO  #2 | Unsecured | 2,054.00 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL & CO  #3 | Unsecured | 2,083.00 | NA | NA | 0.00 | 0.00 |
| JHONATHAN CANO-CASTRO | Unsecured | 4,150.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE RESORTS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| A+ FINANCIAL SVCS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AARONS RENT TO OWN | Unsecured | 908.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INS. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLTEL COMMUNICATIONS | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| APPROVED CASH ADVANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| BUDGET RENTAL | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FIN. CONTROL | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| GA NATURAL GAS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE CO. EMS | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE HOSP. SYSTEMS | Unsecured | 3,004.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE PROAXIS THERAPY | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE RADIOLOGY | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENTAL | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS CHECK ADVANCE | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ELITE CAR RENTAL | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| DEKALB MED CTR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| DR. RYLAND TRYNHAM | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| CROSSING BOOK CLUB | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,191.00 | 1,191.23 | 1,191.23 | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 237.00 | 237.00 | 237.00 | 0.00 | 0.00 |
| VILLAGE AT CASTLEBERRY | Unsecured | NA | 5,035.00 | 5,035.00 | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 627.00 | 895.80 | 895.80 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,521.18 | $3,526.68 | $927.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,521.18** | **$3,526.68** | **$927.74** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,541.61 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,541.61** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$21,585.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,362.58 |
| Disbursements to Creditors | $4,454.42 |
| | |
| **TOTAL DISBURSEMENTS** : | **$9,817.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/04/2015               By: /s/ Nancy Whaley
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A14-52840-WLH

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MARCEY LYNN CHATMAN
P.O. BOX 1573
TUCKER, GA  30085

**Attorney for the Debtor(s):**
GINGOLD & GINGOLD LLC
1718 PEACHTREE STREET, NW
SUITE 385
ATLANTA, GA  30309

This the 4th day of November, 2015.

/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**